**(November 8, 1943.)**

In the Matter of the Arbitration between JOSEPH L. KALLUS, Respondent, and IDEAL NOVELTY & TOY COMPANY, Appellant.— Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

In the Matter of the Will of RUDOLPH R. NOLL, Deceased. GERDA NOLL et al., Appellants. OTTO RUPRECHT et al., Individually and as Executors and Trustees under the Will of RUDOLPH R. NOLL, Deceased, et al., Respondents. NATIONAL SURETY CORPORATION et al., Respondents. (2 Proceedings.) In the Matter of the Estate of RUDOLPH R. NOLL, Deceased. ELEANORE G. NOLL, an Infant, by GERDA NOLL, Her Guardian ad Litem, et al., Appellants. OTTO RUPRECHT et al., Individually and as Executors and Trustees under the Will of RUDOLPH R. NOLL, Deceased, Respondents. EDWARD A. PFEFFER et al., Respondents.— 

Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

MILDRED F. SHAW, Appellant, v. PETER W. SHAW, Respondent. (Appeal No. 1.) MILDRED F. SHAW, Respondent, v. PETER W. SHAW, Appellant. (Appeal No. 2.) Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

JOHN STRATTON, Respondent, v. HARRY BULGER, Appellant.— Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

MARY BRALEY et al., Respondents, v. GRACE C. FLEMING, Individually and as Administratrix of the Estate of PHILIP J. FLEMING, Deceased, Appellant.— No opinion. Present — Close, P. J., Johnston, Adel and Lewis, JJ.; Hagarty, J., not voting.

DAVID BRANDERBIT, Appellant, v. HAMBURG-AMERICAN . LINE, Respondent.— No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

HERMAN GOLDSTEIN, Respondent, v. MARIANNA GIRL COAT CORPORATION, Appellant.— No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.